UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

KAREEM ABDUL JOHNSON | CIVIL ACTION NO. 21-4207

VERSUS | JUDGE S. MAURICE HICKS, JR.

J P MORGAN CHASE BANK, ET AL. | MAGISTRATE JUDGE HORNSBY

### MEMORANDUM ORDER

Plaintiff Kareem Abdul Johnson ("Johnson"), proceeding *pro se* and *in forma pauperis*, filed this proceeding on December 3, 2021, asserting violations of his federal civil rights. He names Dean Morris, L.L.P. ("Dean Morris") as defendant, although his claim primarily appears to be against JP Morgan Chase Bank ("JPMC"), also served as a defendant.

### BACKGROUND

Johnson claims he has previously informed Dean Morris and JPMC of "all and many fraud activities." Record Document 1 at 1. He further alleges false statements and falsification of records causing him to "lose property and contracts related to his company." Id. at 2. The only specific complaint he seems to describe is that disbursement of cash from an account he holds—presumably with JPMC—was denied him on a business day. See id. Johnson is therefore seeking relief in the form of "money for lost wages." Id. at 3.

Johnson's claim provides no particular description of the circumstances surrounding the fraud he alleges, in violation of the requirements of Federal Rule of Civil Procedure 9(b). Johnson's complaint fails to contain the specific factual allegations necessary to even give the defendants proper notice of the basis of his claims, in violation

of Federal Rule of Civil Procedure 8(a). The complaint cites to several statutes or rules of procedure, but they are all Louisiana laws, many of them plainly inapplicable to this present action in federal district court. Finally, while Johnson attempts to assert the jurisdiction of this Court by way of federal question jurisdiction under 28 U.S.C. § 1331,[1] his complaint fails to even identify in what way his claims arise under federal law, aside from a vague reference to "his federal Civil Rights ha[ving] been violated." Record Document 1 at 1.

## AMENDMENT

Plaintiff shall, to the best of his ability, file an amended complaint and provide the information below. Plaintiff should:

(1) identify which of his federal civil rights he believes have been violated, and specifically state in what ways his claims arise under federal law, such that this Court's subject-matter jurisdiction over his claims is proper;

(2) provide separate factual descriptions of what, exactly, each defendant did to violate his civil rights;

(3) provide a specific factual description of what fraud took place;

(4) state exactly what he wants the Court to do for him;

(5) in the case of any claimed monetary relief, identify each separate specific injury or harm to him.

---

[1] Johnson's complaint states that this Court has jurisdiction over his case because his claims "arise under federal law," but provides no further explanation. Record Document 1 at 1. The civil cover sheet he filed with his complaint asserts 28 U.S.C. § 1330 as the statute he is filing under, but that statute covers jurisdiction over actions against foreign states and is plainly inapplicable here. Similarly, his complaint specifically alleges that both he and defendant Dean Morris are citizens of Louisiana, so diversity jurisdiction under 28 U.S.C. § 1332 cannot apply, either.

## CONCLUSION

For the reasons stated above, **IT IS ORDERED** that Plaintiff Kareem Abdul Johnson shall amend his Complaint within **twenty-one (21) days** of the filing of this Order to cure the deficiencies outlined above. Johnson shall dismiss any claims that he is unable to cure through amendment. Johnson shall also notify the Court of any change in his address under Local Rule 41.3.

Failure to comply with this Order may result in dismissal of this action for lack of subject-matter jurisdiction under Federal Rule of Civil Procedure 12(h)(3), dismissal of this action as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i), or dismissal under either Federal Rules of Civil Procedure 41(b) or 16(f).

**THUS DONE AND SIGNED** in Shreveport, Louisiana on this 3rd day of May, 2022.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT